IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Evelyn Finnel,<br><br>         Plaintiff,<br><br>v.<br><br>CIGNA Companies Short Term Disability Plan, et al.,<br><br>         Defendants. | No. CV-23-00263-PHX-DWL<br><br>**ORDER** |

**IT IS ORDERED** granting the stipulation of dismissal (Doc. 36).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Dated this 8th day of April, 2024.

Dominic W. Lanza
United States District Judge